# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KENTORIA A. JOHNSON, | : | Case No. 3:17-CV-259 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 13),
ADOPTING REPORT AND RECOMMENDATIONS (DOC. 11),
AFFIRMING THE COMMISSIONER'S NON-DISABILITY FINDING,
AND TERMINATING THIS CASE**

This Social Security disability benefits appeal is before the Court on the Objections (Doc. 13) filed by Plaintiff Kentoria A. Johnson ("Plaintiff") to Magistrate Judge Sharon L. Ovington's Report and Recommendations ("Report") (Doc. 11). Magistrate Judge Ovington recommended that the Administrative Law Judge's non-disability finding be affirmed as supported by substantial evidence in the record. Plaintiff filed Objections (Doc. 13) to the Report. The Commissioner has not responded to Plaintiff's Objections, but the Court deems no response necessary based upon its review of the record. This matter is therefore ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 13) to the Report (Doc. 11) are not well-taken and

are hereby **OVERRULED**. The Court **ADOPTS** the Report (Doc. 11) and **AFFIRMS** the Administrative Law Judge's non-disability finding. This case is hereby **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, August 8, 2018.

s/Thomas M. Rose

———————————————
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE